No. 240. HANSON *v.* LEHIGH VALLEY RAILROAD Co. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.

**646**

*Mr. James Raymond Berry* for petitioner. *Mr. Edward A. Markley* for respondent.